179 So.2d 333

**Otto Clarence YORK**

v.

**STATE.**

**6 Div. 181.**

Supreme Court of Alabama.

Oct. 21, 1965.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for petitioner.

Rogers, Howard, Redden & Mills, Birmingham, opposed.

COLEMAN, Justice.

The defendant's motion to strike the state's petition for certiorari is granted on the authority of Golden v. State, 267 Ala. 456, 103 So.2d 62.

Petition stricken.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.